Law v. Zimmerman—Syllabus.

---

W. L. Law, *Plaintiff in Error,* v. R. W. Zimmerman, *Defendant in Error.*

Opinion Filed May 1, 1924.

This case was decided by Division B.

A writ of error issued under Section 2908, Revised General Statutes, 1920, and made returnable thirty days from its date in violation of the statute will be dismissed.

A Writ of Error to the Circuit Court for Polk County; John S. Edwards, Judge.

Dismissed.

*Bradford G. Williams* and *Spencer & Trantham,* for Plaintiff in Error;

*B. Wofford Wait,* for Defendant in Error.

PER CURIAM.—The writ of error herein is dated November 3, 1923, and is made returnable December 3, 1923. The statute provides that writs of error *"shall* be returnable to a day, either in term time or vacation *more* than thirty days and not more than ninety days from the date of the writ." Sec. 2908, Rev. Gen. Stats. 1920.·

The writ of error in this case is made returnable thirty days from its date, and not "more than thirty days from the date of the writ," as is specially required by the statute, therefore the writ of error being in violation of the statute is hereby dismissed. See Savannah, F. & W. Ry. Co., v. Justice, 41 Fla. 508, 26 South. Rep. 704; Anderson v. State, 73 Fla. 86, 74 South. Rep. 6.

Dismissed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.